UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FSI International, Inc.,

Plaintiff,

v.

Particle Measuring Systems, Inc.,

Defendant.

COURT FILE NO. 00 CV 2552 MJD/JGL

**STIPULATION AND ORDER TO JOINDER OF THIRD-PARTY DEFENDANT**

The parties, through their undersigned attorneys, stipulate and agree that CT Associates, Inc. can be joined as third-party defendant in the above-captioned matter, that defendant Particle Measuring Systems, Inc. may serve the attached Third-Party Summons and Complaint on CT Associates, Inc. and that the caption of this case may be amended to reflect the joinder of said CT Associates, Inc. as a third-party defendant.

Dated: 2/23/01

**ROBINS, KAPLAN, MILLER & CIRESI, LLP**

By [signature]
William A. Webster (License #196393)
Attorneys for Plaintiff
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402
(612) 349-8500

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 2/20/01

By [signature]
Dale M. Wagner (License #113554)
Attorneys for Defendant
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

FILED FEB 27 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED, that defendant Particle Measuring Systems, Inc. may serve a Third-Party Summons and Complaint on CT Associates, Inc. in the form attached hereto and the caption of the case shall be amended accordingly.

**BY THE COURT:**

Dated: Feb 27, 2001

Magistrate Judge Jonathan G. Lebedoff

275500.WPD