UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FSI International, Inc.,

Plaintiff,

v.

Particle Measuring Systems, Inc.,

Defendant and
Third-Party Plaintiff,

v.

CT Associates, Inc.,

Third-Party Defendant.

COURT FILE NO. 00 CV 2552 MJD/JGL

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective undersigned attorneys, that the above-entitled action be dismissed with prejudice and on the merits, without costs or disbursements to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action.

Dated: 10/16/01

**ROBINS, KAPLAN, MILLER & CIRESI, LLP**

By _______________
William A. Webster (License #196393)
Attorneys for Plaintiff
2800 Lasalle Plaza
800 Lasalle Avenue
Minneapolis, Minnesota 55402
(612) 349-8500

FILED OCT 17 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_______
DEPUTY CLERK_______

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 10-9-01

By ______________________
Dale M. Wagner (License #113554)
Attorneys for Defendant Particle Measuring Systems, Inc.
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

**ROSSINI & ROSSINI, P.A.**

Dated: 10/11/01

By ______________________
Anthony R. Rossini (License #161202)
Attorneys for Third-Party Defendant
5353 Gamble Drive, Suite 150
Minneapolis, MN 55416
(612) 546-3320

**ORDER**

Pursuant to the foregoing Stipulation of Dismissal, the above-entitled matter is hereby dismissed with prejudice and on the merits without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

Dated: 10-16-01

______________________
The Honorable ~~Jonathan G. Lebedoff~~
Judge of District Court

298499.WPD