# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

FSI International, Inc.,

Plaintiff,

Case No. Civil 00-2552 MJD/JGL

v.

**JUDGMENT IN A CIVIL CASE**

Particle Measuring Systems, Inc.

Defendant and
Third- Party Plaintiff

v.

CT Associates, Inc.

Third-Party Defendant.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED pursuant to the foregoing Stipulation of Dismissal, the above-entitled matter is hereby dismissed with prejudice and on the merits without costs or disbursements to any party.**

DATE: October 17, 2001

RICHARD SLETTEN , CLERK

E. Knoblauch

E. Knoblauch, Deputy Clerk